# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## LEWIS T. BABCOCK, JUDGE

Civil Case No.  10-cv-01540-LTB-CBS

BRENDA MURRAY,

      Plaintiff,

v.

MACKENZIE PLACE UNION, LLC d/b/a MACKENZIE PLACE - COLORADO SPRINGS,
and
LEISURE CARE, LLC,

      Defendants.

_____

## MINUTE ORDER
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK


      Defendants' Unopposed Request for Clarification of Case Caption (Doc 6 - filed July 26, 2010) is **GRANTED**.  Defendant MacKenzie Place shall be referenced by its proper legal name: MACKENZIE PLACE UNION, LLC d/b/a MACKENZIE PLACE - COLORADO SPRINGS.




Dated:  July 27, 2010

_____