**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 10-cv-01540-LTB-CBS

BRENDA MURRAY,

        Plaintiff,

v.

MACKENZIE PLACE UNION, LLC d/b/a MACKENZIE PLACE - COLORADO SPRINGS, and
LEISURE CARE, LLC,

        Defendants.

**ORDER OF DISMISSAL**

THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice (Doc 12 - filed September 8, 2010), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

        BY THE COURT:

          s/Lewis T. Babcock
        Lewis T. Babcock, Judge

DATED: September 9, 2010